# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| MARTIN A. BLASNEK,<br><br>      Plaintiff,<br><br>v.<br><br>EDWARD SLOAN AND ASSOCIATES, INC.,<br><br>      Defendant. | Case No. 6:19-cv-00597-JCB-KNM |

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that MARTIN A. BLASNEK ("Plaintiff") and EDWARD SLOAN AND ASSOCIATES, INC. ("Defendant"), hereby notify the Court the parties have reached settlement, and are in the process of completing the settlement agreement and filing dismissal papers. The parties anticipate filing dismissal papers within 45 days.

DATED: January 10, 2021

Respectfully submitted,

MARTIN A. BLASNEK

By: */s/ Mohammed O. Badwan*

Mohammed O. Badwan
SULAIMAN LAW GROUP, LTD.
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
+1 630-575-8180
mbadwan@sulaimanlaw.com

1