## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

MARTIN A. BLASNEK,

    Plaintiff,

v.

                      Case No. 6:19-cv-00597-JCB-KNM

EDWARD SLOAN AND
ASSOCIATES, INC.,

    Defendant.

### STIPULATION OF DISMISSAL WITH PREJDUICE

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, MARTIN A. BLASNEK, and Defendant, EDWARD SLOAN AND ASSOCIATES, INC., through their respective counsel and pursuant to Federal Rule of Civil Procedure 41, that the above-captioned case be dismissed with prejudice. Each party shall bear its own costs and attorneys' fees.

DATED: June 14, 2021

*/s/ Mohammed O. Badwan*
Mohammed O. Badwan, Esq.
Sulaiman Law Group, Ltd.
2500 S. Highland Ave., Ste. 200
Lombard, Illinois 60148
Phone: (630) 575-8180
Fax: (630) 575-8188
mbadwan@sulaimanlaw.com
**COUNSEL FOR PLAINTIFF**

Respectfully submitted,

*/s/ Keith Wier (with consent)*
Keith Wier
State Bar No. 21436100
Fed. ID No. 7930
6136 Frisco Square Blvd., Suite 400
Frisco, Texas 75034
Tel. (512) 949-5914
Fax (888) 852-5729
Email: kwier@mauricewutscher.com
**COUNSEL FOR DEFENDANT**

1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

*/s/ Mohammed O. Badwan*
Mohammed O. Badwan